# EXHIBIT B

Goldberg

Positive accounts per Day Schedule

| Account | Date | Description | ck# | Debit (Withdrawal) | Credit (Deposit) | |
|---|---|---|---|---|---|---|
| WEB_4959 | 1/25/2008 | Jason Ross | | | 75,000.00 | Jason V. Ross Counter Debit 81300417001493 |
| BoA_0188 | 12/10/2008 | Jason Ross | | (108,000.00) | | |
| BoA_0188 | 12/11/2008 | Jason Ross | 1324 | (468.00) | 75,000.00 | Jason Ross |
| | | Jason Ross Total | | (108,468.00) | | |
| | | | | (33,468.00) | | |